**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

SANDRO VUKOSAVLJEVIC,     )
                            )
        **PETITIONER,**     )
      **v.**                    )     **No.**  **2:14-cr-00030-GZS**
                            )             **2:19-cv-00253-GZS**
UNITED STATES OF AMERICA.,     )
                            )
       **RESPONDENT.**     )

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 107) filed December 4, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Based on the analysis contained in the Magistrate Judge's Recommended Decision, the Court **FINDS** that an evidentiary hearing is not warranted;

2. It is hereby **ORDERED** that Petitioner's Motion for Writ of Error Coram Nobis (ECF No. 102) is hereby **DENIED.**

3. It is hereby **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

                                             /s/ George Z. Singal
                                     United States District Judge

Dated this 2nd day of January, 2020.